THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* BRUNO ROTHENBURG, Appellant.

*People* v. *Rothenburg,* 162 App. Div. 907, affirmed.
(Argued June 16, 1914; decided July 14, 1914.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered March 20, 1914, which affirmed a judgment rendered at an extraordinary Trial Term for the county of New York upon a verdict convicting the defendant of the crime of arson in the third degree.

*John M. Gardner, George Gordon Battle* and *Leonard F. Fish* for appellant.

*Charles S. Whitman,* District Attorneg (*James W. Osborne* and *James W. Osbcrne, 2nd,* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.

Concur: WILLARD BARTLETT, Ch. J., WERNER, CHASE, COLLIN, CUDDEBACK, HOGAN and CARDOZO, JJ.